SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 02 2026
ARTHUR JOHNSTON
BY ______ DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**Max Parker Ste. Marie, Petitioner/Plaintiff,**

**v.**

**JACKSON COUNTY, et al. Defendants.**

**CIVIL ACTION NO. 1:26-cv-00118-HSO-RPM**

**NOTICE OF CLERICAL ERROR AND REQUEST TO RESCIND ACCIDENTAL VOLUNTARY DISMISSAL**

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:**

COMES NOW the Petitioner, Max Parker Ste. Marie, proceeding *pro se* in the above-captioned civil rights action, and respectfully submits this Notice of Clerical Error to the Court. In support, Petitioner states as follows:

1. On or about 23 June 2026, a "Notice of Voluntary Dismissal Without Prejudice" was mistakenly filed on the docket in this matter.
2. Petitioner did not intend to dismiss this lawsuit. The submission of the voluntary dismissal form was entirely the result of an accidental clerical error, inadvertence, and a paperwork mix-up while organizing legal documents.
3. Petitioner remains fully committed to prosecuting this federal civil rights action and protecting his constitutional rights. At no point did Petitioner intend to abandon these claims.
4. Because this matter is in its earliest stages, rescinding the accidental dismissal form and restoring this case to the active docket will cause absolutely no surprise or unfair prejudice to the Defendants.
5. Under the controlling U.S. Supreme Court precedent *Waetzig v. Halliburton Energy Services, Inc.* (2025), this Court retains full, unquestioned legal authority under Federal Rule of Civil Procedure 60(b)(1) to relieve a *pro se* litigant from an accidental voluntary dismissal resulting from excusable mistake or inadvertence.

**WHEREFORE, PREMISES CONSIDERED,** Petitioner respectfully requests that this Honorable Court take notice of this clerical error, strike or rescind the accidental voluntary dismissal from the docket, and restore this civil rights case to full active status.

I declare under penalty of perjury under the laws of the State of Mississippi that the foregoing statements are true and correct to the best of my knowledge, information, and belief. Executed on this 26th day of June 2026.

Respectfully submitted, this 26th day of June, 2026.

Max Ste. Marie

Max Parker Ste. Marie
MDOC #258802
George/Greene County Correctional Facility
154 Industrial Park Road
Lucedale, MS 39452

*Send mail to:*
4506 Marlena St. Unit 17
Bossier City, LA 71111